### Givens *v.* Shein's Express Co. et al., Appellants.

Argued September 13, 1966. *Henry E. Skaroff,*

with him *Skaroff and Skaroff,* for appellants; *Lewis Jay Gordon,* with him *Eilberg, Meshon & Brener,* for appellee.

Judgment affirmed.